USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-16-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ALEXIS RODRIGUEZ,

        Plaintiff,

    -v-

NEW YORK UNIVERSITY,

        Defendant.
------------------------------------------X

05 Civ. 7374 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    On November 17, 2006, the Honorable James C. Francis, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that defendant's claims pursuant to 42 U.S.C. § 1981 be dismissed, but that he be given leave to amend his complaint to assert claims under Title VI of the Civil Rights Act of 1964 ("Title VI").

    Plaintiff has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to further appellate review. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000).  Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, dismisses this case without prejudice to defendant amending his complaint, on or before February 1, 2007, to assert claims under Title VI.  Leave to amend is hereby denied in all other respects.  Clerk to enter judgment.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         January 13, 2007